**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| S.P., | : No. 715 MAL 2020 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| B.S., | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.